UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **vs.** | § § | **CRIMINAL NO. H-16-274** |
| **JONATHAN LEE EDWARDS** | § § | |

**UNITED STATES SUPPLEMENT TO**
**NOTICE OF FORFEITURE IN INDICTMENT**

The indictment in this case provides notice that the United States intends to seek the forfeiture of property as provided by Title 18, United States Code, Section 2253(a)(2) and (a)(3).

The United States hereby files this supplement to notify the Defendant that the property subject to forfeiture includes, the following additional property:

A Maxtor One Touch hard drive (P/N 9NT2A4-500).

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
Texas Bar No. 24029686
Fed. I.D. No. 940441

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Government's Supplement to Notice of Forfeiture in the Indictment was on this 7th day of September, 2016 filed by ECF and served on James Alston, attorney for Jonathan Lee Edwards.

                                        *s/ Kimberly Ann Leo*
                                        Kimberly Ann Leo
                                        Assistant United States Attorney